UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80804-CIV-DIMITROULEAS

MATTHEW CALVIN, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

HUMANA INC.,
a Delaware corporation,

    Defendant.
_____/

### ORDER APPROVING JOINT STIPULATION OF DISMISSAL

**THIS CAUSE** is before the Court pursuant to the parties' Joint Stipulation of Dismissal, filed February 23, 2023. [DE 36]. The Court, having carefully reviewed the record in this case, the Joint Stipulation of Dismissal [DE 36], and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. The Joint Stipulation of Dismissal [DE 36] is hereby **APPROVED**.

2. All claims of the Plaintiff, Matthew Calvin, individually, are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

3. All claims of any unnamed member of the alleged class are hereby **DISMISSED WITHOUT PREJUDICE**;

4. All pending motions are denied as **MOOT**.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida, this 23rd day of February, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record